**Juan RODRIGUEZ GARCIA,**
**Petitioner,**

**v.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Alberto GONZALES,* Attorney General, Respondent.

No. 04–70539.

Agency No. A75–712–832.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.**

Decided Feb. 10, 2005.

Juan Rodriguez Garcia, Los Angeles, CA, pro se.

---

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Regina Byrd, Attorneys, U.S. Department of Justice, Washington, DC, for Respondent.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

MEMORANDUM***

Juan Rodriguez Garcia, a native and citizen of Mexico, petitions pro se for review of the decision of the Board of Immigration Appeals summarily affirming without opinion the Immigration Judge's denial of his application for cancellation of removal.

We lack jurisdiction to review the BIA's discretionary determination that petitioner failed to demonstrate the requisite "exceptional and extremely unusual hardship" to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir. 2003). We also lack jurisdiction to consider petitioner's non-colorable due process challenge to that denial. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir. 2001).

Pursuant to *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), petitioner's motion for stay of removal included a timely request for a stay of voluntary departure. Because the stay of removal was continued based on the government's filing of a no-

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tice of non-opposition, the voluntary departure period was also stayed, nunc pro tunc, to the filing of the motion for stay of removal and this stay will expire upon issuance of the mandate.

**PETITION FOR REVIEW DISMISSED.**